IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case Nos.: 3:22cr62/MCR/MAL
                                3:24cv575/MCR/MAL

TIMOTHY IVEY KNOX,

    Defendant.
_____/

### **O R D E R**

The magistrate judge issued a Report and Recommendation dated February 14, 2025. ECF No. 104. Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 104, is adopted and incorporated by reference in this order.

2.    Defendant's amended *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 101, is

**DENIED;** and

      3.    A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 24th day of April 2025.

          *M. Casey Rodgers*
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:17cr39/MCR/MAL; 3:20cv5424/MCR/MAL